UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PRINCIPLE SOLUTIONS GROUP, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>IRONSHORE INDEMNITY, INC.,<br><br>            Defendant. | CIVIL ACTION FILE<br><br>NO.  1:15-CV-4130-RWS |

### J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the plaintiff's motion for partial summary judgment and defendant's motion for summary judgment, and the court having granted in part defendant's motion as to bad faith claim and granted plaintiff's partial summary judgment as to coverage, it is

It is Ordered and Adjudged that the plaintiffs recover its cost of this action be, and the same hereby is **dismissed** as to coverage.

Dated at Atlanta, Georgia, this 31st of August, 2016.

                                    JAMES N. HATTEN
                                    CLERK OF COURT

                            By:   s/*Barbara D. Boyle*
                                    Deputy Clerk

Filed, and Entered
August 31, 2016
in the Clerk's Office
James N. Hatten
Clerk of Court

By: B. D. Boyle
        Deputy Clerk